LOUIS SPRINGER, Respondent, *v.* SULLIVAN COUNTY, Appellant.

1. Finney v. Sullivan county, *ante*, p. 350, affirmed.

*Appeal from Sullivan Circuit Court.*

*Eubanks & Butler*, for respondent.

*G. D. Burgess*, for appellant.

CURRIER, Judge, delivered the opinion of the court.

The decision just rendered in Finney v. Sullivan County determines the disposition to be made of this cause. The cases are not distinguishable in principle. The judgment, which was in favor of the plaintiff, will be reversed. The other judges concur.